1  JOHNSON & WEAVER, LLP
   FRANK J. JOHNSON (174882)
2  frankj@johnsonandweaver.com
   PHONG L. TRAN (204961)
3  phongt@johnsonandweaver.com
   600 West Broadway, Suite 1540
4  San Diego, CA  92101
   Telephone: (619) 230-0063
5  Facsimile: (619) 255-1856

6  -and-

7  ROBBINS ARROYO LLP
   BRIAN J. ROBBINS (190264)
8  brobbins@robbinsarroyo.com
   FELIPE J. ARROYO (163803)
9  farroyo@robbinsarroyo.com
   SHANE P. SANDERS (237146)
10 ssanders@robbinsarroyo.com
   600 B Street, Suite 1900
11 San Diego, CA 92101
   Telephone: (619) 525-3990
12 Facsimile: (619) 525-3991

13 *[Proposed] Co-Lead Counsel for Plaintiffs*

14              **UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
15

| | | |
|---|---|---|
| 16 | JIM PORTER, derivatively on behalf of TWITTER, INC., | Case No.: 3:16-cv-06136-JST |
| 17 | Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONSOLIDATING DERIVATIVE ACTIONS AND APPOINTING CO-LEAD COUNSEL FOR PLAINTIFFS** |
| 18 | v. | |
| 19 | RICHARD COSTOLO, ANTHONY NOTO, JACK DORSEY, PETER FENTON, MARTHA LANE FOX, HUGH F. JOHNSTON, OMID KORDESTANI, DEBRA L. LEE, DAVID ROSENBLATT, MARJORIE SCARDINO, BRET TAYLOR, and EVAN WILLIAMS, | Judge: Honorable Jon S. Tigar<br>Courtroom: 9<br>Date Action Filed: October 24, 2016 |
| 23 | Defendants, | |
| 25 | -and- | |
| 26 | TWITTER, INC., a Delaware corporation, | |
| 27 | Nominal Defendant. | |

28 *[Caption continued on next page.]*

1

| | | |
|---|---|---|
| 1 | ERNESTO ESPINOZA, Derivatively on Behalf of TWITTER, INC., ) ) | Case No.: 3:16-cv-06457-WHO |
| 2 | ) | |
| 3 | Plaintiff, ) ) | Judge: Honorable William H. Orrick<br>Courtroom: 12 |
| 4 | v. ) ) | Date Action Filed: November 4, 2016 |
| 5 | JACK DORSEY, ANTHONY NOTO, PETER FENTON, DAVID ROSENBLATT, ) ) | |
| 6 | MARJORIE SCARDINO, EVAN WILLIAMS, RICHARD COSTOLO, ) ) | |
| 7 | PETER CHERNIN, and PETER CURRIE, ) ) | |
| 8 | Defendants, ) ) | |
| 9 | -and- ) ) | |
| 10 | TWITTER, INC., a Delaware corporation, ) ) | |
| 11 | Nominal Defendant. ) ) | |
| 12 | ) | |
| 13 | FRANCIS FLEMING, derivatively on behalf of TWITTER, INC., ) ) | Case No.: 4:16-cv-06492-YGR |
| 14 | Plaintiff, ) ) | Judge: Honorable Yvonne Gonzalez Rogers<br>Courtroom: 1 |
| 15 | v. ) ) | Date Action Filed: November 8, 2016 |
| 16 | RICHARD COSTOLO, ANTHONY NOTO, JACK DORSEY, PETER FENTON, DAVID ) ) | |
| 17 | ROSENBLATT, MARJORIE SCARDINO, and EVAN WILLIAMS, ) ) | |
| 18 | Defendants, ) ) | |
| 19 | ) | |
| 20 | -and- ) ) | |
| 21 | TWITTER, INC., a Delaware corporation, ) ) | |
| 22 | Nominal Defendant. ) ) | |
| 23 | | |

2

STIPULATION AND [PROPOSED] ORDER CONSOLIDATING   Case No. 3:16-cv-06136-JST
ACTIONS AND APPOINTING CO-LEAD FOR PLAINTIFFS

1 **WHEREAS**, there are presently three related stockholder derivative actions currently pending in this District against the Individual Defendants,[1] who are certain current and former directors and officers of nominal defendant Twitter, Inc. ("Twitter") (Twitter, together with the Individual Defendants, being collectively referred to herein as "Defendants"): *Porter v. Costolo et al.*, Case No. 3:16-cv-06136-JST; *Espinoza v. Dorsey, et al.*, Case No. 3:16-cv-06457-WHO; and *Fleming v. Costolo, et al.*, Case No. 4:16-cv-06492-YGR (together, the "Related Derivative Actions");[2]

**WHEREAS**, under Fed. R. Civ. P. 42(a), when actions involve "a common question of law or fact," the Court may "(1) join for hearing or trial any or all matters at issue in the actions; (2) consolidate the actions; or (3) issue any other orders to avoid unnecessary cost or delay";

**WHEREAS**, the Related Derivative Actions challenge similar alleged misconduct by Twitter's directors and executive officers and involve common questions of law and fact. Accordingly, plaintiffs respectfully submit that consolidation of the Related Derivative Actions is appropriate;

**WHEREAS,** to avoid potentially duplicative actions and to prevent any waste of the Court's resources, plaintiffs propose that the Related Derivative Actions should be related and consolidated for all purposes, including pre-trial proceedings and trial, into a single consolidated action (hereinafter referred to as the "Consolidated Derivative Action");

---

[1] The "Individual Defendants" include Richard Costolo, Anthony Noto, Jack Dorsey, Peter Fenton, David Rosenblatt, Marjorie Scardino, Evan Williams, Peter Chernin, and Peter Currie.

[2] Additionally, two putative class actions alleging violations of the federal securities laws were filed against Twitter and certain Twitter officers and are pending in this district: *Shenwick v. Twitter, Inc., et al.*, Case No. 3:16-cv-05314-JST, and *Degenhardt v. Twitter, Inc., et al.*, Case No. 3:16-cv-05439-JST (collectively, "the Securities Class Actions"). The Related Derivative Actions assert different claims for liability but involve some of the same parties and factual allegations as the Securities Class Actions. For clarity, the Related Derivative Actions and the Securities Class Actions should not be consolidated with one another. While the Related Derivative Actions and the Securities Class Actions should be related under Civil Local Rule 3-12, they are not suitable for consolidation because, among other reasons, the Securities Class Actions allege violations of the federal securities laws *against* Twitter, whereas the Related Derivative Actions bring claims *on behalf of* Twitter.

1   **WHEREAS**, Johnson & Weaver, LLP, and Robbins Arroyo LLP seek to be designated as
2   Co-Lead Counsel in the Consolidated Derivative Action, and Defendants take no position with
3   respect to such designation or with respect to paragraphs 7 and 8 below; and

4   **WHEREFORE,** the parties, through their undersigned counsel, hereby agree, stipulate,
5   and respectfully request that the Court enter an Order as follows:

6   1.   Defendants hereby acknowledge service of the summonses and complaints in the
7   Related Derivative Actions.  Aside from defenses and objections related to the absence of a
8   summons or of service, Defendants expressly reserve all defenses and objections to the
9   complaints filed in the Related Derivative Actions and any complaints filed in the Consolidated
10  Derivative Action, including but not limited to defenses based on lack of personal jurisdiction and
11  improper venue.

12  2.   Defendants need not answer, move or otherwise respond to any of the complaints
13  currently filed in the Related Derivative Actions.

14  3.   The following actions shall be consolidated for all purposes, including pre-trial
15  proceedings and trial, into one action (the "Consolidated Derivative Action"):

| **Case Name** | **Case No.** | **Filing Date** |
|---|---|---|
| *Porter v. Costolo, et al.* | 3:16-cv-06136-JST | October 24, 2016 |
| *Espinoza v. Dorsey, et al,* | 3:16-cv-06457-WHO | November 4, 2016 |
| *Fleming v. Costolo, et al.* | 4:16-cv-06492-YGR | November 8, 2016 |

20  4.   Every pleading filed in the Consolidated Derivative Action, or in any separate
21  action included herein, must bear the following caption:

2

STIPULATION AND [PROPOSED] ORDER CONSOLIDATING               Case No. 3:16-cv-06136-JST
ACTIONS AND APPOINTING CO-LEAD FOR PLAINTIFFS

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE TWITTER, INC. SHAREHOLDER DERIVATIVE LITIGATION,<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Lead Case No.: 3:16-cv-06136-JST<br><br>(Consolidated with Nos. 3:16-cv-06457-WHO and 4:16-cv-06492-YGR)<br><br>(Derivative Action)<br><br>Judge: Honorable Jon S. Tigar<br>Courtroom: 9<br>Date Action Filed: October 24, 2016 |

5.   The files of the Consolidated Derivative Action will be maintained in one file under Lead Case No. 3:16-cv-06136-JST.

6.   Co-Lead Counsel for plaintiffs for the conduct of *In re Twitter, Inc. Shareholder Derivative Litigation*, Lead Case No. 3:16-cv-06136-JST, is designated as follows:

JOHNSON & WEAVER, LLP
FRANK J. JOHNSON
PHONG L. TRAN
600 West Broadway, Suite 1540
San Diego, CA 92101
Telephone: (619) 230-0063
Facsimile: (619) 255-1856
frankj@johnsonandweaver.com
phongt@johnsonandweaver.com

-and-

ROBBINS ARROYO LLP
BRIAN J. ROBBINS
FELIPE J. ARROYO
SHANE P. SANDERS
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
brobbins@robbinsarroyo.com
farroyo@robbinsarroyo.com
ssanders@robbinsarroyo.com

7.   Plaintiffs' Co-Lead Counsel have the sole authority to speak for plaintiffs in matters regarding pre-trial procedure, trial, and settlement negotiations and shall make all work

assignments in such manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort.

8. Plaintiffs' Co-Lead Counsel will be responsible for coordinating all activities and appearances on behalf of plaintiffs and for the dissemination of notices and orders of this Court. The parties further agree that no motion, request for discovery, or other pre-trial or trial proceedings will be initiated or filed by any plaintiffs except through plaintiffs' Co-Lead Counsel.

9. Defendants' counsel may rely upon all agreements made with any of plaintiffs' Co-Lead Counsel, or other duly authorized representative of plaintiffs' Co-Lead Counsel, and such agreements will be binding on plaintiffs.

10. This Order shall apply to each purported derivative action arising out of the same or substantially the same transactions or events as the Related Derivative Actions that is subsequently filed in, removed to, or transferred to this Court.

11. If a case that properly belongs as part of *In re Twitter, Inc. Shareholder Derivative Litigation*, Lead Case No. 3:16-cv-06136-JST, is hereafter filed in this Court or transferred here from another court, counsel shall promptly call to the attention of the Clerk of the Court the filing or transfer of any case that might properly be consolidated as part of *In re Twitter, Inc. Shareholder Derivative Litigation*, Lead Case No. 3:16-cv-06136-JST.

12. In the interest of efficiency and avoidance of unnecessary duplication of effort or judicial resources by the Court or the parties, it is further Ordered that within thirty (30) days of the entry of an order consolidating the Related Derivative Actions, plaintiffs' Co-Lead Counsel and counsel for Defendants shall meet and confer regarding further proceedings in the Consolidated Derivative Action and shall submit a stipulation and proposed order regarding further proceedings with the Court or, in the event counsel for the parties are unable to agree on a proposed schedule for the conduct of further proceedings, plaintiffs' Co-Lead Counsel and counsel for the Defendants shall submit a joint status report setting forth their respective views regarding further proceedings in the Consolidated Derivative Action.

1   13.   Pursuant to Fed. R. Civ. P. 5(b)(2)(E), all parties consent to service by e-mail of any document required to be served in the Consolidated Derivative Action.

**IT IS SO STIPULATED.**

Dated: November 30, 2016

JOHNSON & WEAVER, LLP
FRANK J. JOHNSON
PHONG L. TRAN

By:   */s/ Frank J. Johnson*
FRANK J. JOHNSON

600 West Broadway, Suite 1540
San Diego, CA 92101
Telephone: (619) 230-0063
Facsimile: (619) 255-1856
frankj@johnsonandweaver.com
phongt@johnsonandweaver.com

*Attorneys for Plaintiff Jim Porter and [Proposed] Co-Lead Counsel for Plaintiffs*

Dated: November 30, 2016

ROBBINS ARROYO LLP
BRIAN J. ROBBINS
FELIPE J. ARROYO
SHANE P. SANDERS

By:   */s/ Shane P. Sanders*
SHANE P. SANDERS

600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
brobbins@robbinsarroyo.com
farroyo@robbinsarroyo.com
ssanders@robbinsarroyo.com

*Attorneys for Plaintiff Ernesto Espinoza and [Proposed] Co-Lead Counsel for Plaintiffs*

Dated: November 30, 2016

BRODSKY & SMITH, LLC
EVAN J. SMITH

By:   */s/ Evan J. Smith*
EVAN J. SMITH

9595 Wilshire Blvd.
Beverly Hills, CA 90212
Telephone: (310) 300-8425
Facsimile: (310) 247-0160
esmith@brodsky-smith.com

5

|   |   |   |
|---|---|---|
| 1 |  | PROFY PROMISLOFF & CIARLANTO, P.C. |
| 2 |  | JOSEPH M. PROFY |
|   |  | DAVID M. PROMISLOFF |
| 3 |  | JEFFREY J. CIARLANTO |
|   |  | 100 N. 22nd Street, Unit 105 |
| 4 |  | Philadelphia, PA 19103 |
|   |  | Telephone: (215) 259-5156 |
| 5 |  | Facsimile: (215) 600-2642 |
|   |  | profy@prolawpa.com |
| 6 |  | david@prolawpa.com |
|   |  | ciarlanto@prolawpa.com |

LAW OFFICE OF ALFRED G. YATES, JR., P.C.
ALFRED G. YATES, JR.
GERALD L. RUTLEDGE
519 Allegheny Building
429 Forbes Avenue
Pittsburgh, PA 15219
Phone: (412) 391-5164
Fascimile: (412) 471-1033
yateslaw@aol.com

*Attorneys for Plaintiff Francis Fleming*

Dated: November 30, 2016

SIMPSON THACHER & BARTLETT LLP
SIMONA G. STRAUSS

By: */s/ Simona G. Strauss*
SIMONA G. STRAUSS

2475 Hanover Street
Palo Alto, CA 94304
Telephone: (650) 251-5203
Facsimile: (650) 251-5002
sstrauss@stblaw.com

*Attorney for Defendants Richard Costolo, Anthony Noto, Jack Dorsey, Peter Fenton, David Rosenblatt, Marjorie Scardino, Evan Williams, Peter Chernin, Peter Currie, and Nominal Defendant Twitter, Inc.*

**SIGNATURE ATTESTATION**

I am the ECF user whose identification and password are being used to file the foregoing *Stipulation and [Proposed] Order Consolidating Derivative Actions and Appointing Co-Lead Counsel for Plaintiffs*. In compliance with Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained.

Dated: November 30, 2016                                 */s/ Shane P. Sanders*
                                                                              SHANE P. SANDERS

****

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____, 2016                 _____
                                                                              HONORABLE JON S. TIGAR
                                                                              UNITED STATES DISTRICT JUDGE

7

STIPULATION AND [PROPOSED] ORDER CONSOLIDATING                    Case No. 3:16-cv-06136-JST
ACTIONS AND APPOINTING CO-LEAD FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2016, a copy of the foregoing *Stipulation and [Proposed] Order Consolidating Derivative Actions and Appointing Co-Lead Counsel for Plaintiffs* was electronically filed with the Clerk of Court in the following actions:

*Porter v. Costolo, et al.*, **Case No. 3:16-cv-06136-JST**

*Espinoza v. Dorsey, et al.*, **Case No. 3:16-cv-06457-WHO**

*Fleming v. Costolo, et al.*, **Case No. 4:16-cv-06492-YGR**

Notice of this filing will be sent via e-mail to all parties, in all actions, by operation of the Court's electronic filing system or by U.S. Mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

 */s/ Shane P. Sanders*
 SHANE P. SANDERS